IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RICHARD LEWIS, JR.                                                                               PLAINTIFF

VERSUS                                                          CIVIL ACTION NO. 5:23-cv-27-DCB-FKB

M.T.C., M.D.O.C.,
and BURL CAIN                                                                                  DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference, it is hereby

ORDERED AND ADJUDGED that this lawsuit be dismissed without prejudice.

SO ORDERED, this the __26th__ day of October, 2023.

                                                 s/David Bramlette
                                               UNITED STATES DISTRICT JUDGE